# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD YOUNG, | : |
|   Petitioner | :   CIVIL ACTION NO. 3:07-0016 |
|   v. | : |
| JAMES GRACE, et al., | :   (JUDGE MANNION) |
|   Respondents | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** petitioner's motion to set aside judgment, (Doc. No. 66), is **DENIED**.

 

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 21, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2007 MEMORANDA\07-0016-01-order.wpd